IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-10296
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

VICTOR MANUEL MARTINEZ-MARTINEZ,

                                    Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:98-CR-399-ALL-G
--------------------

December 15, 1999

Before JOLLY, HIGGINBOTHAM, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Victor
Manuel Martinez-Martinez has moved to withdraw and has filed a
brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967).
Martinez-Martinez has received a copy of counsel's motion and
brief but has not filed a response.  Our independent review of
the brief and the record discloses no nonfrivolous issue.
Accordingly, counsel's motion to withdraw is GRANTED.  Counsel is

_____

[*]     Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

excused from further responsibilities herein, and the APPEAL IS DISMISSED. <u>See</u> 5TH CIR. R. 42.2.